# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00302-CV

### In re Diana Dial

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Diana Dial's Motion to Appeal Rejection of Valid Motion is denied.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   June 24, 2009